EQUAL JUSTICE LAW GROUP
Galina Dorris (SBN 365131)
601 Court Street, Suite 106
Jackson, California 95642-9469
Telephone:   (209) 223-5363
Facsimile:    (209) 702-0001
Email: mail@equaljusticelawgroup.com

Attorney for Petitioner,
Anil Kumar

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIL KUMAR, | Case No. 1:25-cv-01709-EFB (HC) |
| Petitioner, | [PROPOSED] ORDER ON JOINT PROPOSED BRIEFING SCHEDULE |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, | JUDGE:    EDMUND F. BRENNAN |
| Respondent. | |

FOR GOOD CAUSE SHOWN, the Joint Proposed Briefing Schedule filed on January 8, 2026, by counsel for Petitioner and Respondent, is GRANTED.  Respondents shall file their response to the petition on or before January 19, 2026.  Petitioner shall file a reply, if any, on or before January 23, 2026.

DATED this 16th day of January, 2026.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER ON JOINT PROPOSED BRIEFING SCHEDULE